UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0159--CR (JKS)
"USA V SHANNON K. BROWN"
DEF 1.1 BROWN, SHANNON K.

Including terminated defendants, excluding terminated counsel

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed:  10/29/03
            Closed:  06/07/04
No. of Defendants:   1
   MJ Case Number:
               AKA:  SHANNON HOLLIER
   Location status:  Released on Own Recognizance
        Trial date:
        Terminated:  YES
 Needs interpreter:  NO
 Counsel of record:  Mary Jane Haden
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Retta-Rae Randall
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 BROWN, SHANNON K.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 INF | 1 | 18:1033(b) THEFT BY INSURANCE COMPANY EMPLOYEE (F) | Sentenced (35-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0159--CR (JKS)
"USA V SHANNON K. BROWN"

                    For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 10/29/03
           Closed: 06/07/04
No. of Defendants: 1


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/29/03 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 11/03/03 | Issued: Summons. |
| NOTE - 2 | 11/03/03 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 2 - 1 | 11/03/03 | [Re: DEF 1] AHB Minute Order re Arr set for 12/5/03 at 3:00 p.m. cc: USA, USM, USPO, S. Brown w/USM cy. |
| 3 - 1 | 11/18/03 | USM Cert of cy Return of summons re: DEF 1 executed on 11/6/03. |
| 4 - 1 | 12/08/03 | [Re: DEF 1] Financial Affidavit. |
| 5 - 1 | 12/08/03 | [Re: DEF 1] AHB Order of Personal Recognizance.  cc: USA, FPD, USM, PO |
| 6 - 1 | 12/08/03 | [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO |
| 7 - 1 | 12/08/03 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Felony Info (held 12/5/03); financial aff FILED; FPD appointed; prelim hrg set 12/19/03 at 2:00 p.m.; order setting conditions of release and personal recognizance order FILED.  cc: USA, FPD, USM, PO, Judge Singleton |
| 8 - 1 | 12/09/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 9 - 1 | 12/10/03 | DEF 1 Notice of intent to waive Indt. |
| 9 - 2 | 12/10/03 | DEF 1 motion to change 12/19 prelim hrg to arr on felony Info. |
| 10 - 1 | 12/11/03 | [Re: DEF 1] AHB Order granting motion to change 12/19 prelim hrg to arr on felony Info (9-2). cc: USA, FPD, USM, USPO |
| NOTE - 3 | 12/22/03 | Issued: Speedy Trial Notice to Judge Singleton. |
| 11 - 1 | 12/22/03 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] re Arr on Felony Info hld 12/19/03; re def pled not guilty; def's cond's of rel cont as prev set; PTM's due 1/6/04; def waived Indt. cc: USA, FPD, USM, USPO, Judge Singleton |
| 12 - 1 | 12/22/03 | [Re: DEF 1] Waiver of indictment. |
| 13 - 1 | 12/22/03 | [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to confer by 12/19/03; PTM's due 1/6/04. cc: USA, FPD |
| 14 - 1 | 12/23/03 | [Re: DEF 1] JKS Minute Order setting TBJ for 01/20/04 at 9:00 a.m. and FPTC for 01/13/04 at 4:30 p.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 15 - 1 | 01/07/04 | [Re: DEF 1] JKS Minute Order correcting dkt 14 to reflect TBJ starting on Tuesday, January 20, 2004, at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A03-0159--CR (JKS)
                                 "USA V SHANNON K. BROWN"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 01/09/04 | DEF 1 Unopposed motion on shortened time to continue trial date. |
| 17 - 1 | 01/12/04 | [Re: DEF 1] JKS Minute Order setting hrg on non-opposed mot on shortened time to cont trial date for 01/13/04 at 9:00 a.m.; FPTC rescheduled to 01/13/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 18 - 1 | 01/13/04 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] Hrg on non-opposed mot to cont trial date/FPTC Held 01/13/04; granting unopposed mot on shortened time to cont trial date (16-1); TBJ set for 01/20/04 vacated and reset for 02/23/04 at 9:00 a.m.; FPTC cont to 02/18/04 at 4:00 p.m.; crt found excludable delay under 3161(h)(8)(B)(iv) (T code). cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 19 - 1 | 02/09/04 | DEF 1 Notice of Intent to change plea. |
| 20 - 1 | 02/10/04 | [Re: DEF 1] JKS Minute Order setting PCOP for 02/13/04 at 2:30 p.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 21 - 1 | 02/17/04 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] PCOP 02/13/04; def changed plea to guilty on ct 1 of the Info; IOS set for 04/27/04 at 10:00 a.m.; FPTC set for 02/18/04 and TBJ set for 02/23/04 vacated. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 22 - 1 | 04/20/04 | DEF 1 Notice of lodging letters w/att letters. |
| 23 - 1 | 04/21/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 24 - 1 | 04/21/04 | DEF 1 Notice of lodging w/att letter. |
| 25 - 1 | 04/21/04 | DEF 1 Notice of potential witnesses at sentencing. |
| 26 - 1 | 04/21/04 | DEF 1 motion to accept defendant's sentencing memorandum one day late w/att sentencing memo & exhs. |
| 27 - 1 | 04/22/04 | [Re: DEF 1] JKS Order granting mot to accept def's sentencing memo one day late (26-1). cc: USA, FPD |
| 28 - 1 | 04/22/04 | DEF 1 Sentencing Memorandum. |
| 29 - 1 | 04/27/04 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] IOS Held 04/27/04; IOS cont to 06/03/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 30 - 1 | 05/25/04 | [Re: DEF 1] PLF 1 Attorney Substitution of R. Randall (AUSA) for M. Rosenbaum(AUSA). |
| 31 - 1 | 05/28/04 | DEF 1 Supplemental Sentencing Memorandum w/att exhs. |
| 32 - 1 | 06/04/04 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] IOS set for 06/03/04; def placed on probation for 60 mos; $100 SA; Restitution $56,615.32. |
| 33 - 1 | 06/04/04 | {SEALED} |
| 33A- 1 | 06/04/04 | DEF 1 appeal to 9CCA the sentence only. cc: USA, FPD, USM, PO, Judge Singleton, 9CCA |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0159--CR (JKS)
                                  "USA V SHANNON K. BROWN"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 4 | 06/07/04 | Notation (re: Appeal): appeal forwarded to 9CCA. |
| 34 - 1 | 06/07/04 | [Re: DEF 1] JKS Order that govt's oppo to mot to stay crt's sentencing requirements is due 06/09/04; reply due 06/11/04. cc: USA, FPD |
| 35 - 1 | 06/07/04 | [Re: DEF 1] JKS Judg pleaded guilty to cts 1 of the Info (1-1); def placed on probation for 60 mos; $100 SA; Restitution $56,615.32. cc: USA, FPD, DEF w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance |
| 36 - 1 | 06/07/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (33A-1) cc:USA, FPD, USM, PO, Judge Singleton, 9CCA (original), ECR |
| 37 - 1 | 06/09/04 | [Re: DEF 1] PLF 1 oppo to [Re: DEF 1] mot on shortened time to stay employer notification pending appeal (33-1). |
| 38 - 1 | 06/14/04 | DEF 1 reply to oppo re: def 1 mot on shortened time to stay employer notification pending appeal (33-1). |
| 39 - 1 | 06/15/04 | [Re: DEF 1] Partial Transcript re: IOS held 6/3/04. |
| 40 - 1 | 06/15/04 | [Re: DEF 1] JKS Order granting mot on shortened time to stay employer notification pending appeal (33-1); parties shall notify this crt and probation svc when the appeal is resolved.  cc: USA, FPD, USPO |
| 41 - 1 | 06/25/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (33A-1) order form forwarded to ECR. cc:ecr |
| 42 - 1 | 07/07/04 | DEF 1 motion to stay special condition of home confinement pending appeal. |
| 43 - 1 | 07/21/04 | [Re: DEF 1] Transcript of PCOP held 2/13/04 re: notice of appeal (33A-1) |
| 44 - 1 | 07/21/04 | [Re: DEF 1] Transcript of IOS held 4/27/04 re: notice of appeal (33A-1) |
| 45 - 1 | 07/21/04 | [Re: DEF 1] PARTIAL Transcript of IOS held 6/3/04 re: notice of appeal (33A-1) |
| 46 - 1 | 07/21/04 | DEF 1 Supplemental Authority re: DEF 1 motion to stay special condition of home confinement pending appeal (42-1). |
| 47 - 1 | 07/26/04 | [Re: DEF 1] PLF 1 conditional non-oppo to DEF 1 mot to stay special condition of home confinement pending appeal (42-1). |
| 48 - 1 | 08/03/04 | [Re: DEF 1] JKS Order granting mot to stay special condition of home confinement pending appeal (42-1). cc: USA, FPD, USM, USPO |
| 49 - 1 | 09/14/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (33A-1) cc: M. Haden, R. Randall, 9CCA (Original) |
| 50 - 1 | 04/22/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 5 | 04/27/05 | Issued: writ of execution re: DEF 1 on PFD. |
| NOTE - 6 | 09/02/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 2 original and 1 sealed vol. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0159--CR (JKS)
"USA V SHANNON K. BROWN"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 7 | 10/03/05 | Notation (re: Appeal):  D.C. record received by 9CCA consisting of 2 original and 1 sealed vol. |
| 51 - 1 | 10/28/05 | USM Return of svc on writ of execution re: PFD  re: DEF 1 executed on 5/12/05 for the amount of $843.76. |
| 52 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 motion to release attached PFD funds in the amt of $843.76. |
| 53 - 1 | 11/21/05 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds in the amt of $843.76 (52-1). cc: USA, Finance |
| 54 - 1 | 11/22/05 | [Re: DEF 1] JKS Order re parties to advise court in a post-sent memo as directed due 12/22/05. cc: cnsl |