**FILED**

DEC 0 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 04-30237 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00159-a-JKS |
| v. | |
| SHANNON K. BROWN, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 10/21/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 15 2005

by_____
Deputy Clerk

55

**FILED**

**NOT FOR PUBLICATION**

**OCT 21 2005**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 04-30237 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00159-a-JKS |
| v. | |
| SHANNON K. BROWN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
James K. Singleton, Chief Judge, Presiding

Submitted October 11, 2005[**]

Before:   T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

Shannon K. Brown appeals the sentence and special condition of probation imposed after her guilty-plea conviction for theft by an insurance company employee in violation of 18 U.S.C. § 1033(b). We have jurisdiction pursuant to 28

---

[*]   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

[**]   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291, and we remand.

We conclude that the district court did not abuse its discretion by imposing the requirement that Brown notify her current employer and any future employer of her conviction in this case, unless the supervising probation officer determines that she does not pose a risk to that employer. *See United States v. Terrigno*, 838 F.2d 371, 374-75 (9th Cir. 1988).

However, we remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc).

**REMANDED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 15 2005

by
Deputy Clerk

03-0159--CR (JKS)
M. HADEN (FPD)
R. RANDALL (AUSA)
MARSHAL
US PROBATION
JUDGE SINGLETON
12/05/05

```
INTERNAL USE ONLY: Proceedings include all events.
04-30237 USA v. Brown
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Retta-Rae Randall<br>FAX 907-271-1500<br>907/271-5071<br>Rm. 253<br>[COR LD NTC aus]<br>USAK - OFFICE OF THE U.S.<br>ATTORNEY<br>Federal Bldg. & U.S. Courthouse<br>222 W. Seventh Ave., #9<br>Anchorage, AK 99513-7567 |
| v. | |
| SHANNON K. BROWN<br>    Defendant - Appellant | Mary Jane Haden<br>FAX 907/646-3480<br>907/646-3400<br>Suite 1600<br>[COR LD NTC afp]<br>FPDAK - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (ANCHORAGE)<br>550 W. Seventh Ave.<br>Anchorage, AK 99501 |