RECEIVED
JAN 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

January 25, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Alaska (Anchorage)
**Lower Court Number:** CR-03-00159-a-JKS
**Appeal Number:** 04-30237
**Short Title:** USA v. Brown

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 2 | | | 0 | Certified Copy(ies) | | | |
| **Reporters Transcripts in:** | 0 | | | 0 | Certified Copy(ies) | | | |
| **Exhibits in:** | 0 | Envelopes | | 0 | Under Seal | | | |
| | 0 | Boxes | | 0 | Under Seal | | | |
| | 1 | Volumes | Volume | 0 | of record | 1 | Under Seal | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.