M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SHANNON K. BROWN,<br><br>　　　　　　Defendant. | Case No. 3:03-cr-0159-JKS<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that defendant Shannon K. Brown appeals to the United States Court of Appeals for the Ninth Circuit from the

　　( )　conviction only (Fed. R. App. P. 4(b)(1)(A).

　　( )　conviction and sentence.

　　(X)　sentence only (18 U.S.C. § 3742).

　　( )　order of restitution entered in this action.

///

///

///

DATED this 23rd day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on March 23, 2006, a copy of the
foregoing document was served electronically on:

Retta-Rae Randall, Esq.

/s/ M. J. Haden