UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
APR 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. Shannon K. Brown
Court of Appeals No. (leave blank if unassigned): C- 30776
U.S. District Court Judge Name and Case No.: James K. Singletonk, Jr. 3:03-cr-00159-JKS
Date Complaint/Indictment/Petition Filed: 10/29/2003
Date Appealed Order/Judgment *entered*: 3/13/2006
Date NOA *filed*: 3/23/2006
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Elisa Singleton, Debby Willoughby-Lyon, Denali Elmore (907) 677-6105

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __        Date Docket Fee billed: __
Date FP granted: __             Date FP denied: __
Is FP pending?  __yes/no        Was FP Limited/Revoked?
US Government Appeal?  __yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:
M. J. Haden                     Retta Rae-Randall
Federal Public Defender         U.S. Attorney
550 West 7th Ave. Ste 1600      222 West 7th Ave. #9
Anchorage, AK 99501             Anchorage, AK 99513
(907) 646-3400                  (907) 271-5071

__retained  __CJA  X_FPD  __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __         Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Dan Maus (907) 677-6123