UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 16 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30226 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00159-a-JKS |
| v. | District of Alaska, Anchorage |
| SHANNON K. BROWN, | |
| Defendant - Appellant. | ORDER |

RECEIVED

JUN 19 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUN 16 2006
by
Deputy Clerk

S:\MOATT\Clrkords\06.06\nw\06-30226v.wpd